AO 442 (Rev. 11/11) Arrest Warrant

| | |
|---|---|
| <u>DEFENDANT</u>: | Arianna Braelyn Blankenship |
| <u>YOB</u>: | 2000 |
| <u>OFFENSE</u>: | <u>COUNT 1</u>: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) - Distribution and Possession with Intent to Distribute 50 grams or more of methamphetamine (actual) |
| <u>LOCATION OF OFFENSE</u>: | Adams County, Colorado |
| <u>PENALTY</u>: | <u>COUNT 1</u>: NLT 10 years and NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years and NMT life supervised release; $100 special assessment fee |
| <u>AGENT/DEPUTY</u>: | Robert Foster<br>Task Force Officer, DEA |
| <u>AUTHORIZED BY</u>: | Celeste Rangel<br>Assistant United States Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

  X   five days or less         _____ over five days

<u>THE GOVERNMENT</u>

    X    Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention **is** applicable to this defendant.